DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.W., A CHILD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2393

[November 3, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502020CJ001742AMB.

Carey Haughwout, Public Defender, and Erika Follmer, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Paul Patti, III, On behalf of Maryellen M. Farrell, Assistant Attorneys General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***